Argued June 20, 1967. *Thomas J. Maloney,* Public Defender, with him *John D. DiGiacomo,* Assistant Public Defender, for appellant; *John E. Gallagher,* Assistant District Attorney, with him *Bernard V. O'Hare, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Nixon, Appellant.

Submitted June 12, 1967. *Samuel Nixon,* appellant, in propria persona; *Walter M. Phillips, Jr.* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Pinkett, Appellant.

41, inclusive, opinion by CURRAN, J. Submitted June 12, 1967. *Luther Pinkett, Jr.,* appellant, in propria persona; *Ralph B. D'Iorio* and *Vram Nedurian, Jr..* Assistant District Attorneys, *John R. Graham,* First Assistant District Attorney, and *Paul R. Sand,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Pinkett, Appellant.